**Electronically Filed
Intermediate Court of Appeals
CAAP-14-0006317
14-APR-2014
08:29 AM**

NO. CAAP-14-0006317

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

FIRST HAWAIIAN BANK, Plaintiff-Appellee, v.
KRISTOPHER K. ACANG AND SUNDAY L. ACANG, Defendants-Appellants

APPEAL FROM THE DISTRICT COURT OF THE SECOND CIRCUIT
(DC-CIVIL NO. 13-1-1681)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 11(c)(2)
(By: Nakamura, Chief Judge, Foley and Leonard, JJ.)

Upon review of the record, it appears that:

(1) on January 2, 2014, Defendant-Appellant Kristopher K. Acang (Appellant) filed a notice of appeal;[1]

(2) on March 4, 2014, the appellate clerk informed Appellant that:

(a) filing and docketing fees had not been paid, and that the record cannot be prepared without payment of the fees or an order allowing Appellant to proceed in forma pauperis; and

---

[1] Although Sunday L. Acang was also designated as an Appellant on the Notice of Appeal, the Notice of Appeal was only signed by Kristopher K. Acang.

(b) pursuant to Rule 11(c)(2) of the Hawai'i Rules of Appellate Procedure, the matter would be called to the attention of the court on March 14, 2014 for such action as the court deems proper, including dismissal of the appeal; and

(4) thereafter, Appellant took no further action in this appeal. Therefore,

IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, April 14, 2014.

Chief Judge

Associate Judge

Associate Judge